228

951 A.2d 260

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Anthony J. DICK, Appellant.**

Supreme Court of Pennsylvania.

June 23, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Petition to Allow Appeal *Nunc Pro Tunc* and the Petition to Allow Filing of Post Sentence Motion *Nunc Pro Tunc* are hereby **DE-NIED.** This denial does not impact Appellant's right to file a brief discussing issues that this Court analyzes in an automatic direct appeal from a sentence of death, *see Commonwealth v. Appel,* 517 Pa. 529, 539 A.2d 780, 781 (1988); *Commonwealth v. Graham,* 541 Pa. 173, 661 A.2d 1367 (1995), or issues that were properly preserved below.